**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**LORI L. MITCHELL**                                                                                    **PLAINTIFF**

vs.                                              No. 5:09-CV-00068-BSM

**ARKANSAS DEPARTMENT OF CORRECTION,** *et al.*                              **DEFENDANTS**

**ORDER**

Defendants have filed a Notice of Related Case (Doc. No. 6). This case appears to be related to two earlier cases filed by Plaintiff over which I presided -- *Lori Clegg v. Arkansas Dep't. of Correction, et al.*, 4:05-CV-00473-WRW ("*Clegg I*") and *Lori Clegg-Mitchell v. Arkansas Dep't. of Correction, et* al., 4:06-CV-01605-WRW ("*Clegg II*"). In *Clegg I* and *Clegg II*, Plaintiff named as defendants both the ADC and Roger Cameron, who are Defendants in this case. In *Clegg I*, Plaintiff alleged unlawful discrimination and retaliation for filing an EEOC Charge of Discrimination, as well as violation of the Uniformed Services Employment and Reemployment Rights Act ("USERRA"). In *Clegg II*, Plaintiff alleged unlawful discrimination and retaliation for filing *Clegg I*. Plaintiff's present Complaint appears to allege retaliation for filing discrimination claims with the EEOC, and for filing *Clegg I and II*.

In the interest of judicial economy, this case should be permanently assigned to this Court.

IT IS SO ORDERED this 14th day of April, 2009.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE