IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | | |
|---|---|---|
| LORI MITCHELL, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 5:09cv0068 SWW |
| | * | |
| | * | |
| ARKANSAS DEPARTMENT OF | * | |
| CORRECTION, and ROGER CAMERON, | * | |
| in his Official Capacity as SATP | * | |
| Administrator, | * | |
| | * | |
| Defendants. | * | |

## ORDER

Plaintiff Lori Mitchell brings this action against her former employer, the Arkansas Department of Correction, and Roger Cameron, in his official Capacity as Substance Abuse Treatment Program Administrator, for retaliation under Title VII, 42 U.S.C. § 1983, and the Arkansas Civil Rights Act. Before the Court is defendants' motion for summary judgment [doc.#13] to which Mitchell has responded in opposition.

Because many of the exhibits to Mitchell's response are illegible, the Court hereby gives Mitchell until and including Thursday, April 15, 2010, in which to resubmit, in the same order and as originally filed, her exhibits to her response to defendants' motion for summary judgment. Otherwise, the Court will rule on defendants' motion for summary judgment based on the record as it now stands.

IT IS SO ORDERED this 6th day of April 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE